**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Meshel Lentz, | No. CV-24-00968-PHX-GMS (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation ("R&R") issued by United States Magistrate Judge John Z. Boyle (Doc. 27), issued March 27, 2025, recommending that the decision of the Administrative Law Judge ("ALJ") be affirmed. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (*Id.* at 12). The Magistrate Judge further advised the parties that failure to timely object would constitute a waiver of the parties' right to de novo review by the Court. (*Id.* (citing *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)). No objections were filed.

Because the parties did not file objections, the Court need not review any of the Magistrate Judge's determinations on dispositive matters. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ([Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."). As such, the Court accepts the R&R and affirms the final decision of the Commissioner of Social Security. 28 U.S.C. § 636(b)(1) (stating that the

district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge").

IT IS ORDERED that the Report & Recommendation of the Magistrate Judge (Doc. 27) is accepted.

IT IS FURTHER ORDERED affirming the final decision of the Commissioner of Social Security.

IT IS FURTHER ORDERED directing the Clerk of the Court to enter judgment accordingly and terminate this action.

Dated this 6th day of May, 2026.

_____
G. Murray Snow
Senior United States District Judge